```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04050
    GINA RAE RAFALSKI
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6114
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/07/07 .

2. The case was dismissed without confirmation, 08/31/2007.

3. The Debtor paid a total of $   1220.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 780.00 |
| MEDICAL COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 780.00 | .00 | .00 | .00 | 780.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 780.00 | .00 | .00 | .00 | 780.00 |

The Debtor's attorney, STEVEN A LEAHY              , was allowed $   2500.00 and was paid $   1260.00   direct and $    408.21   through the plan.

The Trustee received $     31.79 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 11/16/07                    /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 04050 GINA RAE RAFALSKI